**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Auxilium Pharmaceuticals, Inc.   v.   Upsher-Smith Laboratories, Inc.

No. 14-1268

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Auxilium Pharmaceuticals, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Paul J. Berman
Law firm: Covington & Burling LLP
Address: 1201 Pennsylvania Ave. NW
City, State and ZIP: Washington, DC 20004
Telephone: 202-662-5468
Fax #: 202-778-5468
E-mail address: pberman@cov.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 25, 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

___1/30/2014_____          _____/s/ Paul J. Berman_____
        Date                    Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of January, 2014, the foregoing Entry of Appearance was electronically filed with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, and was served via the CM/ECF system and/or electronic mail on the following counsel:

Frederick L. Cottrell, III
Travis S. Hunter
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  302-651-7700
Email:  cottrell@RLF.com
Email:  hunter@RLF.com

Jake M. Holdreith
Jamie R. Kurtz
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Email:  jmholdreith@rkmc.com
Email:  jrkurtz@rkmc.com

*Attorneys for Appellee Upsher-Smith Laboratories*

        /s/ Michael N. Kennedy
        Michael N. Kennedy

*Counsel for Appellant Auxilium Pharmaceuticals*